1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   SPLADAE MOORE,                        No. CIV. S-13-1208 LKK/CKD

12              Plaintiff,

13        v.                               **ORDER**

14   PABLO SANCHEZ, et al.,

15              Defendants.

16

17        Counsel for plaintiff has filed a Notice of Settlement in

18   the above-captioned case.  The court now orders that the

19   dispositional documents disposing of the case be filed no later

20   than sixty (60) days from the effective date of this order.

21        All hearing dates heretofore set in this matter are hereby

22   **VACATED.**

23        FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

26        IT IS SO ORDERED.

27        DATED:  November 12, 2013.

28
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

                              1