RUSSELL S. HUMPHREY, SBN 208744
HUMPHREY LAW GROUP
1420 S. Mills Ave., Ste. H
Lodi, CA  95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for PLAINTIFF:
SPLADAE MOORE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SPLADAE MOORE,<br><br>         PLAINTIFF,<br><br>     v.<br><br>PABLO SANCHEZ, SANDRA SANCHEZ, RAGUSA FAMILY TRUST, ANTON J/ILHAM SACA REVOCABLE TRUST, and DOES 1-5, inclusive,<br><br>         DEFENDANTS. | Case No.:  2:13-cv-01208-LKK-CKD<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br> [Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

1  Date:  May 29th, 2013.

2                                                                    /s/ Russell S. Humphrey
3                                                                    By: Russell S. Humphrey
                                                                     Attorney for Plaintiff,
4                                                                    SPLADAE MOORE

5                                                                    /s/Daniel Malakauskas
6                                                                    By: Daniel Malakauskas,
                                                                     Attorney for Plaintiff,
7                                                                    SPLADAE MOORE

8                                                                    /s/Michael Welch
9                                                                    By: Michael Welch
                                                                     Attorney for Defendant,
10                                                                   PABLO SANCHEZ, and SANDRA
                                                                     SANCHEZ
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL AND [PROPOSED] ORDER PURSUANT TO FERDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)                                                                                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

**IT IS HEREBY ORDERED**, that this action is hereby dismissed **WITH PREJUDICE.**

The parties shall bear their own costs and attorney fee's in connection with the lawsuit.

Dated:  May 29, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATED DISMISSAL AND [PROPOSED] ORDER PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

3